# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Alexander Caraballo, et al.

                        Plaintiff,

v.                                                Case No.: 1:07–cv–02807
                                                Honorable William J. Hibbler

City of Chicago

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 18, 2010:

      MINUTE entry before Honorable William J. Hibbler: Status hearing held on 11/18/2010 and continued to 1/26/2011 at 9:30 AM. Parties to work out a schedule as stated in open court prior to the next court date. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.